**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Taylor v. Chicago, et al. Case Number: 1:20-cv-00181

An appearance is hereby filed by the undersigned as attorney for:
Aaron David, Robert Rhodes, N. Mukite and PO Gonzalez

Attorney name (type or print): Brian J. Wilson

Firm: City of Chicago Department of Law

Street address: 30 North LaSalle Street, Suite 900

City/State/Zip: Chicago, Illinois, 60602

Bar ID Number: 6294099 Telephone Number: 312-744-1566
(See item 3 in instructions)

Email Address: brian.wilson2@cityofchicago.org

Are you acting as lead counsel in this case? ☐ Yes ☒ No

Are you acting as local counsel in this case? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☒ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☒ No

If this is a criminal case, check your status. ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 19, 2020

Attorney signature: S/ Brian J. Wilson
(Use electronic signature if the appearance form is filed electronically.)