# EXHIBIT A

**Branch 44**

## Case Summary

**Case No. 19111613301**

| | | | |
|---|---|---|---|
| **People of the State of Illinois vs. DEANDRE K TAYLOR** | § | Location: | **Branch 44** |
| | § | Judicial Officer: | **Branch 44, Room 2** |
| | § | Filed on: | **07/31/2019** |
| | § | Central Booking Number/Document Control Number: | **019847774** |
| | § | IR Number: | **1506356** |
| | § | Record Division Number: | **JC371539** |

---

### Case Information

| **Offense** | **Statute** | **Degree** | **Offense Date** | **Filed Date** |
|---|---|---|---|---|
| Jurisdiction: **Chicago (10th) Marquette** | | | | |
| 001. MFG/DEL PCP/SCH/PUB HS/PARK | 720-570/407-B-1 | FX | 01/01/1900 | 07/31/2019 |

Case Type: Municipal
Case Status: **08/29/2019 Case Disposed**

Arrest
Date: 07/30/2019
Agency: 110 - Chicago (10th) Marquette

*Filed As:* MFG/DEL PCP/SCH/PUB HS/PARK
*Original Statute:* 720-570/407-B-1
*Original Degree:* FX
*Amended Date:*
DCN: 019847774 Sequence: 001

| **Offense** | **Statute** | **Degree** | **Offense Date** | **Filed Date** |
|---|---|---|---|---|
| 002. DRINKING ALCOHOL ON THE PUBLI | 8-4-030 | QUASI | 01/01/1900 | 07/31/2019 |

Arrest
Date: 07/30/2019
Agency: 110 - Chicago (10th) Marquette

*Filed As:* DRINKING ALCOHOL ON THE PUBLI
*Original Statute:* 8-4-030
*Original Degree:* QUASI
*Amended Date:*
DCN: 019847774 Sequence: 002

### Statistical Closures

08/29/2019 Nolle

---

### Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 19111613301 |
| Court | Branch 44 |
| Date Assigned | 07/31/2019 |
| Judicial Officer | Branch 44, Room 2 |

---

### Party Information

**Defendant** **TAYLOR, DEANDRE K**
[redacted]

**Case Summary**

**Case No. 19111613301**

Black
Male
Height: 5′ 10″ Weight: 150
DOB: [redacted]
Other Agency Number: 1506356 IR Number

## Events and Orders of the Court

08/29/2019 **Motion State** (9:00 AM)
Resource: Location CR1144 Branch 44/Room 2

08/29/2019 **Disposition** (Judicial Officer: Maloney, Edward M)
001. MFG/DEL PCP/SCH/PUB HS/PARK
Nolle Prosequi
DCN: 019847774
Sequence: 001

08/29/2019 **Disposition** (Judicial Officer: Maloney, Edward M)
002. DRINKING ALCOHOL ON THE PUBLI
Motion City Non-Suit
DCN: 019847774
Sequence: 002

08/29/2019 Nolle Prosequi (Judicial Officer: Maloney, Edward M)
*ROOM: BRANCH 44 ROOM 2 JDGE: 2082 REF: C001*

08/29/2019 Non-Suit (Judicial Officer: Maloney, Edward M)
*ROOM: BRANCH 44 ROOM 2 JDGE: 2082 REF: C002*

08/29/2019 Defendant Demand For Trial (Judicial Officer: Maloney, Edward M)
*ROOM: BRANCH 44 ROOM 2 JDGE: 2082*

07/31/2019 **Continued to** (1:30 PM)
Resource: Location CR1101 Branch 1, Room 100

07/31/2019 Defendant In Custody (Judicial Officer: Lyke, John F., Jr.)
*ROOM: BRANCH 1 RM 100 JDGE: 2143 CDATE: 07/31/2019 C: 01:30 PM - 4 ROOM: BRANCH 1 RM 100*

07/31/2019 Probable Cause To Detain (Judicial Officer: Lyke, John F., Jr.)
*ROOM: BRANCH 1 RM 100 JDGE: 2143*

07/31/2019 Defendant Released On I Bond (Judicial Officer: Lyke, John F., Jr.)
*ROOM: BRANCH 1 RM 100 JDGE: 2143 AMOUNT: 10000.00*

07/31/2019 Motion State - Continuance (Judicial Officer: Lyke, John F., Jr.)
*ROOM: BRANCH 1 RM 100 JDGE: 2143 CDATE: 08/29/2019 C: 01:00 PM - Y ROOM: BRANCH 44 ROOM 2*

07/31/2019 Defendant Demand For Trial (Judicial Officer: Lyke, John F., Jr.)
*ROOM: BRANCH 1 RM 100 JDGE: 2143*

07/31/2019 Pre-Trial Service Monitoring Program (Judicial Officer: Lyke, John F., Jr.)
*ROOM: BRANCH 1 RM 100 JDGE: 2143*